1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID MELAMED,                      )          Case No.:  CV 12-7739 DSF (SSx)
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )          JUDGMENT
DISH NETWORK CORP., et al.,        )
                                   )
          Defendants.              )
                                   )
_____    )

     The Court having determined that it lacks subject matter jurisdiction over

this action,

     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the

action be dismissed without prejudice, and that defendants recover just costs

pursuant to 28 U.S.C. § 1919.

Dated: _____ 9/25/12          ` _____
                                                     Dale S. Fischer
                                               United States District Judge